## No. 6912.

### AUGUSTINE BRINGIER vs. E. & J. S. ROMAN.

Where, in a suit by a married woman on promissory notes, no appearance is made in the lower court by the defendant, but on appeal he urges that the plaintiff was not authorized by her husband to sue, held the plea is in the nature of a dilatory exception, and comes too late.

A note signed by two persons and reading " we promise to pay " creates a joint and not solidary obligation.

APPEAL from the District Court for St. James.    MARKS, J.

*Poche* for Plaintiff.    *Dugue* for Defendants Appellants.

DE BLANC, J., delivered the opinion, amending the judgment.

---

## No. 6783.

### THE STATE vs. ABRAHAM W. FORD.

Where prescription is pleaded to a criminal charge, and the indictment negatives the plea by expressly stating that the accused had absconded and fled from justice, it is incumbent on him to shew a state of facts which will support his plea.

APPEAL from the District Court for Sabine.    PIERSON, J.

The Attorney-General for the State.    *Jack* and *J. F. Smith* for Defendant.

MARR, J., delivered the opinion, affirming the judgment.